UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

RICO L. BALLARD,

Plaintiff,

v.            6:09-cv-2

CO II SAM SMILEY,

Defendant.

## ORDER

After a careful *de novo* review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), *see* Doc. 30, to which no objections have been filed.

Accordingly, the R&R is adopted as the opinion of the Court. Smiley's motion for summary judgment, *see* Doc. 28, is *GRANTED*. Plaintiff's case is *DISMISSED*.

This 25th day of April 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA